# UNITED STATES DISTRICT COURT
для
District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:23-mj-00254 |
| RAUL RIVERO a/k/a "Guillermo Raul DeRivero" | ) Assigned to: Judge Meriweather, Robin M. |
| DOB: XX/XX/XXXX | ) Assign Date: 9/18/2023 |
| DUSAN DIMIC | ) Description: COMPLAINT W/ ARREST WARRANT |
| DOB: XX/XX/XXXX | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about August 18, 2022 and August 10, 2023 in the county of _____ in the _____ District of Columbia defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

RYAN BERNIER, Investigator
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/19/2023

*Judge's signature*

City and state: WASHINGTON, DC    ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*