Case 1:23-cr-00333-RBW   Document 1-1   Filed 09/18/23

Case: 1:23-mj-00254
Assigned to: Judge Meriweather, Robin M.
Assign Date: 9/18/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Between August 18, 2022, and August 10, 2023, through undercover controlled purchases, DEA agents have purchased a total of approximately 367 grams of cocaine from Raul RIVERO in Washington, D.C. These drug transactions have taken place as part of a cocaine delivery service in the Northwest quadrant of Washington, D.C. using various cars, including rental cars and rideshare services.

Throughout the investigation, which began in August 2022 and has resulted in fourteen controlled buys thus far, RIVERO has transported and sold cocaine. Specifically, RIVERO typically conducts drug transactions each week on Thursday, Friday, and Saturday from the hours of 5:00 p.m. until 9:00 p.m. RIVERO typically begins each drug distribution route in the same way: he goes to the Whole Foods, located at 2201 I Street NW, Washington, D.C. 20037. Then, Dusan DIMIC (or one of DIMIC's drivers) meets RIVERO in a vehicle in the vicinity of Whole Foods. RIVERO enters the vehicle and the two begin picking up various individuals, meeting with them for a brief period of time, and engaging in apparent cocaine sales.

RIVERO delivers the cocaine in privately owned vehicles and Zipcars, many of which are associated with DIMIC. DIMIC is one of the drivers attached to the Zipcar account from which many of the Zipcar vehicles were rented. On certain days, when DIMIC was not the driver, he would provide transportation and drivers under his control for RIVERO. I know this based on cellular telephone toll analysis showing that DIMIC communicated with the drivers. In early 2023, the Zipcar account was suspended for unrelated violations of the company's user agreement.

Since the Zipcar account's suspension, DIMIC has been the driver who transports RIVERO to deliver cocaine. Through surveillance, I have learned that DIMIC drives a variety of vehicles when transporting RIVERO. Based on my training and experience, I know that individuals involved in distributing controlled substances will attempt to conceal their movements by renting cars and using other modes of transportation to avoid being detected by law enforcement.

The following are the dates of the undercover controlled purchases from RIVERO, amounts of each cocaine purchase, locations of the cocaine sales, and driver information pertaining to DIMIC:

| Date | Amount of Cocaine Purchased | Location | Driver |
|---|---|---|---|
| August 18, 2022 | 2.543 grams of cocaine | Mass Ave & 7th & K Street | DIMIC |
| August 27, 2022 | 6.325 grams of cocaine | 1900 Block & Q Street | DIMIC |
| September 3, 2022 | 36.839 grams of cocaine | 900 Block & U Street | Unknown |
| September 17, 2022 | 4.5 grams of cocaine | 1900 Block & Q Street | Unknown |
| September 22, 2022 | 14 grams of cocaine | 7th & K Street | Unknown |
| October 14, 2022 | 9.071 grams of cocaine | 7th & K Street | Unknown |
| November 10, 2022 | 44.908 grams of cocaine | 7th & K Street | DIMIC in contact with driver |
| November 25, 2022 | 51 grams of cocaine | 7th & K Street | DIMIC rented vehicle |

| December 9, 2022 | 45.5 grams of cocaine | 900 Block & Q Street | DIMIC in contact with driver |
| December 16, 2022 | 22 grams of cocaine | 900 Block & Q Street | DIMIC in contact with driver |
| January 12, 2023 | 13.60 grams of cocaine hydrochloride | 900 Block & Q Street | DIMIC rented vehicle |
| January 26, 2023 | 112 grams of cocaine hydrochloride | 900 Block & Q Street | DIMIC rented vehicle |
| July 20, 2023 | 2.7 grams of cocaine | 2221 I Street | DIMIC |
| August 10, 2023 | 2.8 grams of cocaine | 22nd and Pennsylvania Avenue | DIMIC |

During the undercover controlled purchases, RIVERO indicated that he is working with at least one other individual to distribute cocaine. The investigation has confirmed that RIVERO is working with DIMIC. At the beginning of several evenings of the cocaine delivery service, RIVERO entered a car that DIMIC was driving, after which they engaged in apparent cocaine sales. Cellular telephone toll records verify that RIVERO and DIMIC communicate with each other, and cellular telephone ping records demonstrate that RIVERO and DIMIC were in the same area during the dates and times of the cocaine sales. The undercover agent explained that, during the sales, DIMIC frequently sat in the driver's seat, RIVERO always sat in the front passenger's seat, and the undercover agent (as the customer) sat in the rear passenger's seat. To conduct the cocaine sale, the undercover agent passed money to RIVERO over the center console, and RIVERO passed cocaine to the undercover agent over the center console. Several of these cocaine transactions took place near DIMIC, while he remained in the driver's seat.

Based on the foregoing facts, I submit that there is probable cause to believe that RIVERO and DIMIC have violated 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine) and 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine).

_____
INVESTIGATOR RYAN BERNIER
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 19th day of September, 2023.*

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE